UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAMELEON ADVERTISING & MARKETING SOLUTIONS INC., | |
| Plaintiff, | |
| -against- | |
| KEME PRODUCTION LLC and MOUSTAFA AHMED MOHAMED HASSAN KAMAR, | |
| Defendants. | |

26-CV-123 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a telephonic hearing this afternoon at 2:00 PM ET on the pending motion for immediate injunctive relief. The parties are instructed to dial in by calling 646-453-4442 and entering the conference ID: 177 267 206 followed by the pound (#) sign.

Plaintiff is instructed to serve this order by the most efficient means possible on defendants, including by email.

SO ORDERED.

Dated: January 8, 2026
       New York, New York

ARUN SUBRAMANIAN
United States District Judge